UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
DANIEL GODDARD,                                           :
                                                          :
                          Plaintiff,                      :
                                                          :                    25-CV-9334 (JMF)
          -v-                                             :
                                                          :                    ORDER
CITIBANK, N.A. et al.,                                    :
                                                          :
                          Defendants.                     :
                                                          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's November 17, 2025 Order, ECF No. 10, Plaintiff was required to file either an amended complaint or an opposition to Defendant's motion to dismiss, ECF No. 6, no later than December 19, 2025.  To date, as far as the Court is aware, Plaintiff has not filed either.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 12, 2026.** Failure to file either an amended complaint or opposition by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated:  January 5, 2026
      New York, New York

                           JESSE M. FURMAN
                       United States District Judge