**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
DANIEL GODDARD,
       Plaintiff,
  -v-
CITIBANK, N.A. and JOHN DOES 1–20,
       Defendants.
-------------------------------------------------------------------x

Case No. 1:25-cv-09334-JMF

**ORDER GRANTING MOTION FOR SUBSTITUTION OF**

**REAL PARTY IN INTEREST PURSUANT TO FED. R. CIV. P. 17(a)(3)**

**WHEREAS**, on ~~February 11, 2026~~ February 25, 2026, this Court issued an Order granting Defendant Citibank, N.A.'s motion to dismiss Plaintiff Daniel Goddard's individual claims, determining that Linear Tracking Solutions LLC is the real party in interest within the meaning of Federal Rule of Civil Procedure 17(a), and expressly authorizing Linear Tracking Solutions LLC to move for substitution as Plaintiff within thirty (30) days through properly admitted counsel (ECF No. 22); and

**WHEREAS**, the Court's Order was entered on the ECF docket on February 25, 2026; and

**WHEREAS**, on March 16, 2026, Theodore P. Cummings of Cummings Law, admitted pro hac vice in this action, filed a Notice of Appearance on behalf of Linear Tracking Solutions LLC and filed this Motion for Substitution of Real Party in Interest Pursuant to Federal Rule of Civil Procedure 17(a)(3) (ECF No. _27_); and

**WHEREAS**, the proposed substitution is purely formal, in that every factual allegation in the Verified Complaint concerns the Linear Tracking Solutions LLC account, every claim arises from the same course of conduct, and the identity of the affected party, the nature of the harm, and the legal theories at issue are unchanged; and

**WHEREAS**, the Court finds that the motion is timely, that Linear Tracking Solutions LLC is represented by properly admitted counsel as required by this Court's February 2026 Order, and that substitution is appropriate under Federal Rule of Civil Procedure 17(a)(3);

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1.     The Motion for Substitution is **GRANTED**.

2.     Linear Tracking Solutions LLC is hereby substituted as Plaintiff in this action in place of Daniel Goddard.

9

3.      This action shall proceed as if it had been originally commenced by Linear Tracking Solutions LLC, pursuant to Federal Rule of Civil Procedure 17(a)(3).

4.      The Clerk of Court is respectfully directed to amend the caption of this action to substitute "Linear Tracking Solutions LLC" as Plaintiff in place of "Daniel Goddard."

5.      Defendant Citibank, N.A. shall answer or otherwise respond to the Verified Complaint within [21  ] days of the date of this Order.


**SO ORDERED.**        The Clerk of Court is directed to terminate ECF No. 29.


Dated: March 17, 2026
_____, 2026

_____
**JESSE M. FURMAN**
United States District Judge
Southern District of New York
New York, New York


The Court signed the Memorandum Opinion and Order on February 25, 2026, not February 11, 2026 - that date appears on the Memorandum Opinion and Order in error, for which the Court apologizes. To clarify the record, the Court will sign and docket an Amended Memorandum Opinion and Order dated February 25, 2026.  In any case, the motion to substitute is timely.

10