

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

---

**DANIEL GODDARD,**

*Plaintiff, Pro Se,*

**CITIBANK, N.A., and JOHN DOES 1-20,**

*Defendants.*

---

**Case No.:** 1:25-cv-09334-JMF

---

## MOTION FOR CONTINUANCE

TO THE HONORABLE COURT:

Daniel Goddard, appearing pro se as Plaintiff in the above-captioned matter, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Civil Rule 7.1 (S.D.N.Y.) for an order granting a continuance of proceedings to allow additional time to obtain legal representation. This motion is made upon the grounds set forth in the accompanying memorandum of law, the pleadings and proceedings heretofore had herein, and upon such other and further relief as this Court may deem just and proper.

## STATEMENT OF RELIEF SOUGHT

Plaintiff Daniel Goddard respectfully requests that this Honorable Court grant a continuance of all pending deadlines and proceedings in this matter for a period not to exceed thirty (14) days, with a proposed new deadline of March 25, 2026, to allow Plaintiff sufficient time to finalize legal representation and ensure proper preparation of this case. This request is made pursuant to Federal Rule of Civil Procedure 6(b)(1), which permits the Court to extend time for good cause shown, and in accordance with Local Civil Rule 7.1 (S.D.N.Y.) governing motion practice in this District.

**Active Efforts to Secure Counsel:** Plaintiff has actively sought legal representation and has successfully identified an attorney who has agreed to represent Plaintiff in this matter. This demonstrates that Plaintiff has not been idle or dilatory in seeking counsel, but has instead taken concrete steps to secure competent legal representation.

**Current Status of Representation:** Plaintiff has found an attorney who has agreed to make an appearance in this case and represent Plaintiff's interests. The attorney's application to proceed Pro Hac Vice is pending.

**No Dilatory Intent:** Plaintiff's request is made in good faith and without any intent to delay the proceedings unnecessarily. The request is based solely on the legitimate need to secure proper legal representation and ensure adequate preparation for the litigation ahead.

## PROPOSED NEW TIMELINE AND JUSTIFICATION

Plaintiff respectfully requests that all applicable deadlines be extended to March 25, 2026, which represents a reasonable timeframe to complete the pro hac vice admission and motion for substitution:

**Reasonableness of Requested Time:** The requested extension of fourteen (14) days or less is reasonable and proportionate to the tasks that need to be completed. This timeframe will allow for the finalization of the contingency fee agreement, comprehensive case discussion between Plaintiff and counsel, review of relevant documents, and preparation of an entry of appearance.

**Minimal Impact on Case Progression:** The requested continuance will have minimal impact on the overall progression of the case, particularly given that no court dates are currently scheduled and no critical deadlines are immediately pending. The brief delay will be more than offset by the benefits of having properly represented parties moving forward.

**Specific Deadline Requested:** Plaintiff requests that the new deadline be set for March 25, 2026, which provides adequate time for the completion of all necessary steps while ensuring that the case can proceed expeditiously once representation is finalized.

**Future Case Management:** Now that properly barred legal representation is secured, Plaintiff anticipates that the case will proceed more efficiently with professional counsel handling all aspects of the litigation, including discovery, motion practice, and case management conferences.

## NOTICE AND SERVICE CERTIFICATION

Plaintiff certifies that proper notice of this motion has been or will be provided to all parties in accordance with Local Civil Rule 7.1 (S.D.N.Y.). Specifically, Plaintiff will serve copies of this

**Page 3**

Application DENIED as Mr. Goddard is no longer a party in this matter. ECF Nos. 26, 30.  Any relief should be sought by counsel for Linear Tracking.

The Clerk of Court is directed to terminate ECF No. 32.

Respectfully submitted,

**DANIEL GODDARD**

1600 Eaton Drive

Las Vegas, Nevada 89102

Telephone: (646) 940-0137

Email: dan@lineartrackingsolutions.com

*Currently Pro Se Pending Appearance by New Counsel*

SO ORDERED.

March 19, 2026

**Dated:** 3-10-26

**Page 5**

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY

To schedule free Pac
scan the QR

USPS.COM/PIC

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

United States Courthouse
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

USM P3
SDNY

FOR DOMES
PLAC

- Guarantee
- Guarantee
- USPS Trac
  and many
- Pick up av
  nestic
  triction
  nature
  y Back G
  Internati
  MM and
  nce does
  s.exclusio
  /pe.usps.
  y Back G
  D INTERNA

PAPER POUCH



**E**

**US POSTAGE PAID**
**$33.25**
Origin: 89102
03/10/26
3148900011-19

**PRIORITY MAIL EXPRESS®**

DAN GODDARD
1600 EATON DR
LAS VEGAS NV 89102-6118
(846) 940-0137          0 Lb 1.90 Oz

RDC 07

SCHEDULED DELIVERY DAY: 03/12/26 08:00 PM

C099

SHIP
TO:

(646) 940-0137
UNITED STATES COURTHOUSE
500 PEARL ST
NEW YORK NY 10007-1316

**USPS TRACKING® #**

9570 1100 4759 6069 1394 08






**UNITED STATES POSTAL SERVICE**

RECEIVED
SDNY PRO SE OFFICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.