UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :

LINEAR TRACKING SOLUTIONS LLC,       :

                              Plaintiff,       :            25-CV-9334 (JMF)

                -v-                      :

                                                  :              ORDER
CITIBANK, N.A et al.,                     :

                            Defendants.     :

-------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

       On April 7, 2026, Defendant Citibank, N.A. filed a motion to compel arbitration.  ECF No. 36.  It is hereby ORDERED that any opposition to the motion must be filed no later than **April 21, 2026.**  Any reply shall be filed no later than **April 28, 2026.**  Given the pending motion, the initial pretrial conference previously scheduled for May 20, 2026 is hereby ADJOURNED *sine die.*

       SO ORDERED.

Dated: April 7, 2026
      New York, New York                          _____
                                              JESSE M. FURMAN
                                   United States District Judge